IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in on May 5, 2015

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **Grand Jury Original** |
| | : | |
| **SEYED MOTJABA NEJAD HASHEMI,** | : | **VIOLATIONS:** |
| | : | |
| | : | **50 U.S.C. § 1705** |
| | : | **(International Emergency** |
| | : | **Economic Powers Act)** |
| | : | |
| Defendant. | : | **31 C.F.R. Part 560** |
| | : | **(Iranian Transactions Regulations)** |

## INDICTMENT

The Grand Jury charges that:

Between on or about June 21, 2012, and July 27, 2012, the defendant, **SEYED MOTJABA NEJAD HASHEMI,** in the District of Columbia, and elsewhere, did knowingly and willfully violate the embargo against Iran by exporting and attempting to export precision outside diameter measuring tapes manufactured by a U.S. corporation, which may be used to measure the circumference of pipes or tubes in the aviation and oil industries, from the United States to Iran via Canada without having first obtained the required authorization from the Office of Foreign Assets Control, United States Department of the Treasury, located in the District of Columbia.

(**Unlawful Export to Embargoed Country**, in violation of Title 50, United States Code, Section 1705; Title 31, Code of Federal Regulations, Parts 560.203 through 560.205.)

A TRUE BILL

FOREPERSON

Attorney of the United States in
and for the District of Columbia